JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEN HAN KUO, an Individual, et al.,<br><br>　　　　Defendants. | Case No.: CV11-06868 R (VBKx)<br><br>**JUDGMENT** |

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　Plaintiff SPECULATIVE PRODUCT DESIGN, LLC ("Plaintiff"), is hereby awarded final judgment on its claims for relief against Defendant WEN HAN KUO ("Defendant") in the sum of $9,000.00 under 15 *U.S.C.* §1117(c)(2) and 17 *U.S.C.* §504(c)(2), as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure* and under Local Rule 55-1.  Under Local

1  Rule 55-3, Plaintiff is awarded attorneys' fees of $1,100.00. Plaintiff is further
2  awarded costs in the amount of $631.32 pursuant to the *Trademark Act* and
3  *Copyright Act*, 17 *U.S.C.* §504(c).  Furthermore, Defendant is permanently
4  enjoined and restrained from the following activities and conduct and ordered as
5  follows:
6       a)    Defendant and any person or entity acting in concert with, or at the
7  direction of him, including any and all agents, servants, employees, partners,
8  assignees, distributors, suppliers, resellers and any others over which he may
9  exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116,
10 from engaging in, directly or indirectly, or authorizing or assisting any third party
11 to engage in, any of the following activities in the United States and throughout the
12 world:
13         i)    copying, manufacturing, importing, exporting, marketing, sale,
14 offering for sale, distributing or dealing in any product or service that uses, or
15 otherwise making any use of, any of Plaintiff's SPECK® trademarks and
16 copyrights, and/or any intellectual property that is confusingly or substantially
17 similar to, or that constitutes a colorable imitation of, any of Plaintiff's SPECK®
18 trademarks and copyrights, whether such use is as, on, in or in connection with any
19 trademark, service mark, trade name, logo, design, Internet use, website, domain
20 name, metatags, advertising, promotions, solicitations, commercial exploitation,
21 television, web-based or any other program, or any product or service, or
22 otherwise;
23         ii)    performing or allowing others employed by or representing him,
24 or under his control, to perform any act or thing which is likely to injure Plaintiff,
25 any of Plaintiff's SPECK® trademarks and copyrights, and/or Plaintiff's business
26 reputation or goodwill;
27         iii)    engaging in any acts of federal and/or state trademark and/or
28 copyright infringement, false designation of origin, unfair competition, dilution, or

1  other act which would tend damage or injure Plaintiff; and/or

2        iv)   using any Internet domain name or website that includes any of
3  Plaintiff's Trademarks and Copyrights, including the SPECK® marks and works.

4    b)   Defendant is ordered to deliver immediately for destruction all
5  unauthorized products, including counterfeit SPECK® products and related
6  products, labels, signs, prints, packages, wrappers, receptacles and advertisements
7  relating thereto in his possession or under his control bearing any of Plaintiff's
8  intellectual property or any simulation, reproduction, counterfeit, copy or colorable
9  imitations thereof, to the extent that any of these items are in Defendant's
10 possession.

11   IT IS SO ORDERED, ADJUDICATED and DECREED this 7th day of
12 February, 2012.

                                                    _____
                                                    HON. MANUEL L. REAL
                                                    United States District Judge
                                                    Central District of California